FILED: June 4, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7032
(2:16-cv-00010-JPB-MJA)

_____

OMARI H. PATTON

      Plaintiff - Appellant

v.

CRYSTAL KIMBLE

      Defendant - Appellee

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge King, Judge Keenan, and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk