FILED: June 12, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7032
(2:16-cv-00010-JPB-MJA)
_____

OMARI H. PATTON

      Plaintiff - Appellant

v.

CRYSTAL KIMBLE

      Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered March 30, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*