# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

**OMARI H. PATTON,**

    Plaintiff,

**v.**                                           **CIVIL ACTION NO. 2:16-CV-10**
                                                                 **(BAILEY)**

**CRYSTAL KIMBLE,**

    Defendant.

## FIRST ORDER AND NOTICE REGARDING
## DISCOVERY AND SCHEDULING CONFERENCE

In light of the United States Court of Appeals for the Fourth Circuit's March 30, 2018, *per curiam* opinion, and pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule of Civil Procedure ("L.R. Civ. P.") 16.01 and 26.01, it is hereby **ORDERED** that:

| | |
|---|---|
| **1. Initial Planning Meeting** <br> On or before: **August 31, 2018** | **3. Initial Disclosures** <br> On or before: **September 28, 2018** |
| **2. Meeting Report** <br> On or before: **September 14, 2018** | **4. Scheduling Conference:** <br> **If necessary** |

    (1) **Initial Planning Meeting**: Pursuant to Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b), parties to this action shall meet in person or by telephone on or before **August 31, 2018**. At this meeting, the parties shall discuss all matters required by Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b).

    (2) **Meeting Report and Proposed Discovery Plan**: Pursuant to Fed. R. Civ. P. 26(f) and L.R. Civ. P. 16.01(c), the parties shall submit to this Court a **written report** on the results of the initial discovery meeting **and a completed Scheduling Order Checklist** (see attached) on or before **September 14, 2018**. The written report shall include the

parties' report on those matters set forth in L.R. Civ. P. 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f). The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and L.R. Civ. P. 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

(3) **Initial Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. Civ. P. 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed. R. Civ. P. 26(a)(1) on or before **September 28, 2018**.

(4) **Telephonic Scheduling Conference**: Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate. *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d). However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled and a scheduling order will be entered. *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and to mail a copy to the *pro se* plaintiff, along with copies of this Court's Scheduling Order Checklist.

**DATED**: July 25, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

_____           Civil Action No. _____
Defendant(s).

**<u>SCHEDULING ORDER CHECKLIST</u>**

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

   _____

2. MEDIATION         Before -         _____

3. JOINDER AND AMENDMENTS         _____

4. EXPERT DISCLOSURE

       a. With Burden         _____

       b. Without Burden         _____

5. EXAMINATION/INSPECTIONS

   _____

6. DISCOVERY COMPLETION         _____

7. DISPOSITIVE MOTIONS         _____

   _____ Responses

   _____ Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

        _____

    a. Objections     _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

        _____

    a. Objections     _____

10. MOTIONS IN LIMINE     _____

    a. Objections     _____

11. BIOGRAPHICAL SKETCHES     _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER

        _____

13. FINAL PRETRIAL CONFERENCE     _____

14. Trial     _____

    (If non-jury trial, Proposed Findings of Fact
    and Conclusions of Law are to be filed with Court
    and opposing counsel _____)