

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

2:16-cv-00010 (94)
Omari H. Patton 07410-068
FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P O BOX 2000
JOINT BASE MDL, NJ 08640

$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions