Omari
4150 Ivanhoe Dr Apt 9
Monroeville, PA 15146

X-RAYED

SPECIAL MAIL
OPEN ONLY IN
THE PRESENCE
OF THE INMATE

Clerks Office
U.S. District Court
217 W. King Street
Martinsburg, WV 25401

FILED
SEP 4 2018
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401



U.S. POSTAGE PAID
FCM LG ENV
PITTSBURGH, PA
15222
AUG 30, 18
AMOUNT
$1.42
R2305M148469-1



1000
25401